FILED

# United States District Court

AUG 23 2005

__**MIDDLE**__ DISTRICT OF __**ALABAMA**__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

ANGELA BROWN

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:05 mj 101-CSC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 20, 2005__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute approximately 116 grams of methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ I further state that I am a(n)

__High Intensity Drug Trafficking Area Agent__ and that this complaint is based on the following facts:
Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_signature_
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 23, 2005                                          at   Montgomery, Alabama

Date                                                          City and State

Charles S. Coody, U.S. Magistrate Judge

Name and Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

Affiant, Joe Herman, being duly sworn deposes and says:

1. I am an Alabama State Trooper, assigned as an Agent for the Alabama Bureau of Investigation's Narcotics Operations Service, and detailed to the Major Investigation Team of the High Intensity Drug Trafficking Area Task Force (HIDTA), which are, both located at the Investigative Operations Center in Montgomery, Alabama. I am cross-designated and federally deputized by the United States Drug Enforcement Administration (DEA) which empowers him with authority under Title 21, United States Code. I have twenty-two years of law enforcement experience in which the past twelve have been extensively directed in narcotics investigations. The facts and information in this affidavit are based on my personal knowledge and the knowledge of other law enforcement officers and confidential sources.

2. On Monday, June 20, 2005, Auburn Police Detective Sergeant Tommy Carswell contacted your affiant relative to a vehicle Carswell observed while he was performing surveillance in Auburn, Alabama. Carswell asked your affiant about drug intelligence regarding Angela Brown, a/k/a Angela Waugh. Your affiant informed Carswell that there was intelligence which indicated Brown is a methamphetamine user. Carswell and Auburn Officer Schallock maintained surveillance which led them to follow Brown's vehicle to Montgomery where your affiant and other officers joined the surveillance to assist.

3. In Montgomery the surveillance continued and it was noted that Brown began to operate her vehicle in an evasive manner by making numerous turns and changing directions. The surveillance continued and during the surveillance, Officer Schallock

observed Brown's car slow down and saw the passenger empty a plastic bag of what Officer Schallock believed to be methamphetamine on the ground on 6th Street while Brown's car was still in motion. A traffic stop was attempted and initially Brown's car did not stop, but eventually did so on Furnace Street in Montgomery. Brown and her passenger, Eric Stillwell were detained and transported to the Montgomery HIDTA office for questioning. Moreover, your affiant inspected Brown's vehicle at which time he noted methamphetamine on the front driver's and passenger's seat, front floor board, center console, and in the weather stripping of the front passenger window.

4. After Waugh and Stillwell were detained, officers were able to recover approximately three ounces of methamphetamine from the ground where Waugh's passenger emptied the plastic bag. Moreover, your affiant recovered methamphetamine from Brown's vehicle and maintained all the drug evidence pending submission to the DEA laboratory in Dallas, Texas for drug identification testing.

5. In a post arrest statement and after a rights advisement by your affiant, Waugh said that she had been to Atlanta, Georgia where she purchased six ounces of methamphetamine from a person she identified only as "Jay." Waugh added that she had dropped off three of the six ounces of methamphetamine to a person in Auburn, Alabama but would not identify to whom. Brown added that the methamphetamine recovered on the ground was hers and the remainder of the six ounces she had purchasded.

Joe Herman, Agent
Alabama Bureau of Investigation

Sworn to and subscribed before me this 23rd day of August, 2005

_____
Charles S. Coody
United States Magistrate Judge