# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| ANGELA BROWN | CASE NUMBER: 2:05mj101-CSC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANGELA BROWN__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess with intent to distribute
approximately 116 grams of methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__, United States Code, Section(s) __841(a)(1)__.

| CHARLES S. COODY | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | Aug 23, 2005  Montgomery, AL |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest