FILED
SEP - 8 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-T |
| | ) | [18 U.S.C. § 2; |
| ANGELA DORIS WAUGH a/k/a | ) | 21 U.S.C. § 841(a)(1)] |
| ANGELA BROWN, and | ) | |
| ERICA RUTH STILLWELL | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 20, 2005, in Montgomery County, Alabama, within the Middle District of Alabama,

ANGELA DORIS WAUGH, a/k/a
ANGELA BROWN, and
ERICA RUTH STILLWELL,

defendants herein, while aiding and abetting one another, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney