IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-T |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

**ORDER ON MOTION**

Upon consideration of the government's motion for order directing the Marshal to release custody of prisoner (Doc. # 18), filed October 11, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The United States Marshals Service shall release custody of Angela Doris Waugh to Agent Joe Herman/HIDTA Task Force, from October 13, 2005, through December 31, 2005, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agent Joe Herman/HIDTA Task Force, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done, this 12th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE