IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 OCT 14 P 4:54
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:05-cr-00201 —T |
| | ) |
| ANGELA WAUGH | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, undersigned counsel, Tiernan (Terry) W. Luck, III, and enters his appearance on behalf of the Defendant, Angela Doris Brown Waugh, in the above-styled matter.

Dated this the 11th day of October, 2005.

Respectfully submitted

/s/ Tiernan W Luck III

Tiernan (Terry) W. Luck, III
621 South Hull Street
Montgomery, AL 36104
(334) 262-5455
(334) 263-1130 facsimile
ASB-2320-K71T   Luc013
twl@birch.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14th, 2005 I filed the foregoing with the U.S. District Clerk's Office and have forward same by United States Mail, properly addressed and postage prepaid to the following:

Tommie Hardwick, Esq., Assistant U. S. Attorney,
One Court Square,
Suite 201,
Montgomery, Alabama 36104.

_____