IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN - SOUTHERN - EASTERN   DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO.  2:05-CV-00201-T
Angela D. Waugh )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Angela D. Waugh , defendant in the above styled case, do

hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I

certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently

after receiving a full and complete explanation of my rights given to me by my attorney

and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

10/19/2005
**DATE**                                         **DEFENDANT**

**ATTORNEY FOR DEFENDANT**