**COURTROOM DEPUTY MINUTES**      DATE: 10/19/2005

**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:25 – 11:33 am

- [x] **INITIAL APPEARANCE**
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE Delores Boyd | DEPUTY CLERK: S. Q. Long, Jr. |
| CASE NO. 2:05cr201-T | DEFT. NAME: Angela Doris WAUGH |
| USA: Hardwick | ATTY: Tierman Luck |
| | Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY |
| USPTSO/USPO: | |

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES    NAME: _____

| | |
|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 |
| ☑kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☐kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel   ☐ **ORAL MOTION for Appointment of Counsel** |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.** |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☑kdmhrg. | **Detention Hearing** ☐ held; ☑ set for 10-25-05 – 2pm |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☑karr. | **ARRAIGNMENT SET FOR:** _____ ☑HELD. Plea of **NOT GUILTY** entered. |
| | ☑Set for 1-23-06 Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ |
| | **DISCOVERY DISCLOSURES DATE:** 10-19-05 |
| ☑krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** |