IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0201-T |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

## **ORDER**

Pursuant to the *Government's Motion for Detention Hearing* (Doc. 24, filed October 19, 2005), it is **ORDERED** that a detention hearing is set at **3:00 p.m. on October 25, 2005**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex. If the defendant is in custody, the United States Marshal shall produce the defendant for the scheduled hearing.

Done this 21st day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE