IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0201-T |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

### **ORDER**

For good cause, it is

**ORDERED** that the Order setting a detention hearing at 3:00 p.m. on October 25, 2005, filed October 21, 2005 (Doc. 29), is hereby VACATED.

Done this 24th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE