IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr201-T |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT**

Upon the motion of the government, it is ORDERED that a detention hearing is set for October 27, 2005 at 10:00 a.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE