IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.   2:05cr201-T |
| ) | |
| ANGELA DORIS WAUGH ) | |

## MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves the Court to withdraw the Government's Motion for Detention Hearing filed on October 19, 2005, on the following grounds, to wit: Defendant is presently in custody on State charges.

Respectfully submitted this 26th day of October, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB-4152 W86T

## MOTION GRANTED

THIS 26th DAY OF October, 20 05

_____
UNITED STATES MAGISTRATE JUDGE