| COURTROOM DEPUTY'S MINUTES | DATE: November 14, 2005 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:33 - 3:35 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 2:05cr201-T | DEFENDANT(S)  Angela Doris Waugh |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * * * * * | Terry Luck |

☐ **DISCOVERY STATUS:**
   Completed except for lab report

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Plea negotiations
   Last plea date - January 17, 2006

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**