## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,     )
                               )
     V                      )     2:05-CR-201-T
                               )
ANGELA DORIS WAUGH,        )

### DEFENDANT'S MOTION FOR RELEASE FROM DETENTION

COMES NOW, Angela Doris Waugh, defendant in the above-styled action, and moves this Honorable Court for the opportunity to be heard on her continued detention and potential release there from.   As basis therefore, Defendant asserts the following:

1. There has not been a detention hearing in this case.

2. Defendant was arrested on or about June 20th, 2005, and held by the State of Alabama on a charge of Trafficking Illegal Drugs in violation of *Alabama Code § 13A-12-231* (see Montgomery County District Court, DC-2005-1871).

3. On September 8th, 2005, Defendant was indicted by federal Grand Jury with a one count Indictment alleging possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

4.  An Order for *Writ of Habeas Corpus Ad Prosquendum* was issued by this Court on September 21st, 2005 and Defendant was transferred to the custody of the United States Marshall where she remains.

5.  A previous request for detention hearing by the government was withdrawn based on the formerly pending state charges.

6.  Based on information and belief, the state charge has been *no billed* by the October term of the Montgomery County Grand Jury.

7.  Defendant is entitled to a detention hearing pursuant to 18 U.S.C.A. § 3142.

    a.  Defendant is not a flight risk.

    b.  Defendant is not a danger to any person.

    c.  There are means of insuring Defendant's appearance before this Court that are less restrictive than continued confinement.

WHEREFORE, premises considered, Defendant prays this Honorable Court will set a date for hearing and impose the least restrictive requirements for ensuring defendant's appearance.

Respectfully submitted the 5th day of December 2005.

_/S/ Tiernan (Terry) W. Luck, III_
Attorney for Angela D. Waugh

Tiernan W. Luck, III, Attorney at Law, L.L.C.
621 S. Hull Street
Montgomery, AL 36104
(334) 262-5455
(334) 263-1130 facsimile

## CERTIFICATE OF SERVICE

I certify that on December 5, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will send electronic notification to counsel for the government.

_/S/ Tiernan (Terry) W. Luck, III_
Tiernan W. Luck, III
621 S. Hull Street
Montgomery, AL 36104