IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-T |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

GOVERNMENT'S AMENDED MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

\_\_\_\_\_   Crime of violence (18 U.S.C. 3156)

\_\_\_\_\_   Maximum sentence of life imprisonment or death

\_\_X\_\_   10 + year drug offense

\_\_\_\_\_   Felony, with two prior convictions in the above categories

\_\_X\_\_   Serious risk the defendant will flee

\_\_\_\_\_   Serious risk of obstruction of justice

2.  <u>Reason For Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___   Defendant's appearance as required

_____   Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).  The presumption applies because:

__X___    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial bond

_____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.  <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

___X__    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 12th day of December, 2005.

                                           LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334-223-7280
Fax: 334-223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-T |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

CERTIFICATE OF SERVICE

I, hereby certify that on December 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tiernan W. Luck, III.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    Phone: 334-223-7280
    Fax: 334-223-7135
    E-mail: tommie.hardwick@usdoj.gov