# COURTROOM DEPUTY'S MINUTES     MIDDLE DISTRICT OF ALABAMA

---

❑ **INITIAL APPEARANCE**                    **DATE: December 12, 2005**
❑ **BOND HEARING**
√ **DETENTION HEARING**          **Digital Recording     2:00 - 3:05**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
❑ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE: Susan Russ Walker     DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:05cr201-T             DEFENDANT NAME: Angela Doris Waugh**

**AUSA: Todd Brown                  DEFT. ATTY: Terry Luck**

                        **Type Counsel: (√ )Retained; ( ) CJA; ( ) Waived; ( ) FPD**

**USPO/USPTS: Ron Thweatt**

**Interpreter needed: ( √ ) NO; ( )YES  Name:**

___

❑          Date of Arrest or ❑ Arrest Rule 40
❑          Deft First Appearance. Advised of rights/charges. ❑ Prob/Sup Rel Violator
❑          Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❑          ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
❑          Panel Attorney Appointed; ❑ to be appointed - prepare voucher
❑          Deft. Advises he will retain counsel. Has retained _____
❑          ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written
            motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed
√          Detention Hearing √ held
❑          ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
❑          ORDER OF DETENTION HEARING PENDING TRIAL to be entered
❑          Release order entered.  Deft advised of conditions of release
❑          ❑ BOND EXECUTED (M/D AL charges) $. Deft released
            ❑ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
√          Bond not executed.  Defendant to remain in Marshal's custody
❑          Deft. ORDERED REMOVED to originating district
❑          Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing
❑          Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury
❑          ARRAIGNMENT ❑HELD. Plea of NOT GUILTY entered. ❑Set for
                  DISCOVERY DISCLOSURE DATE:
❑          WAIVER of Speedy Trial.  CRIMINAL TERM:
❑          NOTICE to retained Criminal Defense Attorney handed to counsel

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| **2:00 p.m.** | **Court convenes** |
| | **Testimony begins** |
| | **Defendant's direct examination (Brown)** |
| **2:24 p.m.** | **Government's cross examination (Brown)** |
| **2:36 p.m.** | **Defendant's redirect examination (Brown)** |
| **2:38 p.m.** | **Defendant's proffer to the Court** |
| | **Defendant rests** |
| **2:39 p.m.** | **Government's direct  examination (Herman)** |
| **2:48 p.m.** | **Defendant's cross examination (Herman)** |
| **2:52 p.m.** | **Government rests.** |
| **2:53 p.m.** | **Court examination of witness (Thweatt)** |
| **2:57 p.m.** | **Defendant's oral arguments.** |
| **2:58 p.m.** | **Government's oral arguments.** |
| **3:01 p.m.** | **Court will detain defendant.** |
| | **Court's statements to counsel.** |
| **3:05 p.m.** | **Court recessed** |