IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     *
    *
VS.     *     2:05cr201-T
    *
ANGELA DORIS WAUGH     *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Joe Herman | 1. Linda Brown |

COURT WITNESS:

1. Ron Thweatt