IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr201-T |
| | ) | WO |
| ANGELA DORIS WAUGH | ) | |

**ORDER ON MOTION**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on December 12, 2005. I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that Defendant has been charged with a 10+ year drug offense, to which a rebuttable presumption of detention applies. She has had several opportunities – in pre-trial diversion, in a drug treatment program, and on probation – to demonstrate a commitment to changing her lifestyle, but she has never succeeded under supervision. Although her mother and stepfather have offered to supervise her during release, she has previously been involved in drug activity while residing at their home. Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably protect the community and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for

private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    DONE, this 14th day of December, 2005.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE