| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:52 - 3:55 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr201-T | **DEFENDANT(S)** Angela Doris Waugh |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | Tiernan W. Luck |
| | * | |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Proffer to be produced - Government to furnish


☐ **PENDING MOTION STATUS:**
   None
   Defendant's ORAL MOTION to continue case to 2/13/06 Cr Term
   Defendant to file speedy trial waiver.

☐ **PLEA STATUS:**
   Plea expected
   Plea agreement has been tendered to defendant


☐ **TRIAL STATUS**
   Trial time - 2 days



☐ **REMARKS:**