# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 02:05-CR-201 |
| ) | |
| ANGELA DORIS WAUGH, ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF INTENT TO CHANGE PLEA

Defendant, Angela Doris Waugh, by and through counsel, respectfully gives notice to the Court of her Intent to Enter a Plea pursuant to Federal Rules of Criminal Procedure 11(c)(1)(C). Defendant consents to have her change of plea taken by a Magistrate Judge.

Respectfully submitted this 11th day of January, 2006.

/s/ Tiernan W. Luck, III
TIERNAN W. LUCK, III (LUC013)
ASB-2320-K71T
Attorney for Defendant

ADDRESS OF COUNSEL:
621 S. Hull Street
Montgomery, Alabama 36104
Phone: (334)-262-5455
FAX: (334)-263-1130

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing of this Motion upon the following, by Electronically Filing same and which notice is service is perfected by electronic mail or by hand delivery or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 11th day of January, 2006.

Hon. Tommie Hardwick, Esq., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

/s/    Tiernan    W.    Luck,    III
Attorney for Defendant