IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr201-LSC |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

## **ORDER**

The defendant, ANGELA DORIS WAUGH, has indicated to the court that she wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, ANGELA DORIS WAUGH, appear with counsel before the undersigned Magistrate Judge on January 17, 2006 at 3:00 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 13th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE