# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                            ) | CR. NO. 02:05-CR-201 |
| ) | |
| ANGELA DORIS WAUGH,        ) | |
| ) | |
| *Defendant*.                              ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

COMES NOW, the Defendant Angela D. Waugh, by and through undersigned counsel, and moves this Honorable Court to continue the presently set hearing for Defendant's change of plea. As basis therefore, Defendant asserts the following:

1. On January 13, 2006, this Honorable Court entered its Order setting a hearing for Defendant to change her plea.

2. The Court set the hearing for today, January 17, 2006 at 3:00 p.m.

3. This Case has been rescheduled to the February 13, 2006 trial term and reassigned to the Honorable District Judge Scott Coogler.

4. This Court's January 6th Pretrial Conference Order also rescheduled the deadline to change a plea to February 6th.

5. Notice of the Court's Order setting a hearing for Defendant to change plea was not accessible to undersigned counsel until today, January 17, 2006.

6. Undersigned counsel has family responsibilities to attend that conflict with this afternoon's hearing.

7. Counsel for the Government does not have an objection to resetting the date for hearing to change Defendant's plea.

8. No party will be prejudiced by resetting the hearing.

WHEREFORE, premises considered, Defendant prays this Honorable Court will reset the hearing and allow Defendant to change her plea at some other date prior to February 6th, 2006.

Dated this the 17th day of January 2006.

Respectfully submitted

/s/ Tiernan W. Luck, III
TIERNAN W. LUCK, III (LUC013)
ASB-2320-K71T
Attorney for Defendant

ADDRESS OF COUNSEL:
621 S. Hull Street
Montgomery, Alabama 36104
Phone: (334)-262-5455
FAX:  (334)-263-1130

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing of this Motion upon the following, by Electronically Filing same and which notice is service is perfected by electronic mail or by hand delivery or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 17th day of January, 2006.

Hon. Tommie Hardwick, Esq., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

/s/   Tiernan   W.   Luck,   III
Attorney for Defendant