IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-LSC |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue change of plea hearing (Doc. # 50), filed January 17, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The change of plea hearing previously scheduled for January 17, 2006 is rescheduled to 1:30 p.m. on January 25, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 17th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE