| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: January 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 1:49 - 2:03 |
| | COURT REPORTER: Mallory McCutchin (Dunn,King) |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr201-LSC  **DEFENDANT NAME:** Angela Doris Waugh
**AUSA:** Tommie Hardwick  **DEFENDANT ATTORNEY:** Tiernan W. Luck

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Jo Ann Sellers

Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☐ Not Guilty
√ Guilty as to:
√ Count(s): 1 of the Indictment
☐ Count(s):  ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

√ Written plea agreement filed  ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**  ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel