IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-LSC |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e)

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Honorable Court to grant the United States' Motion for Downward Departure from a range of 120 to 121 months, and reduce the range by four levels to a range of 63 months to 78 months, and sentence Defendant Angela Doris Waugh to 63 months imprisonment on count one based upon her substantial assistance, and as grounds for this motion, the United States submits the following:

1. On September 8, 2005, a grand jury sitting in the Middle District of Alabama returned a one count indictment against Defendant Angela Doris Waugh charging her with possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine. Waugh entered a guilty plea to the charge, pursuant to a plea agreement to cooperate with the government in its continued investigation of other persons charged and uncharged.

2. The plea agreement included a cooperation agreement wherein Defendant Waugh agreed to testify against her co-defendant. The defendant has already provided substantial assistance to the case agent regarding her own involvement in the purchase, transportation, and delivery of a controlled substance. Although this

investigation is ongoing, the information provided to federal agents has been substantial in furthering the investigation. According to the case agent, the information Defendant Waugh has provided against other offenders has been verified as correct information. Further, Defendant Waugh has agreed to testify against other offenders after indictment, if needed. The government requests that details of additional information by Defendant Waugh not be made part of the public record in this case. Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), the United States files this motion for a downward departure to reduce Defendant Waugh's sentence on count one from 120 months to 63 months based upon her substantial assistance.

WHEREFORE, the United States respectfully requests that this Motion for Downward Departure be GRANTED, and sentence Defendant Waugh to 63 months imprisonment on count one.

Respectfully submitted this 19th day of April 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: tommie.hardwick@usdoj.gov
>ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr201-LSC |
| | ) | |
| ANGELA DORIS WAUGH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Tiernan W. Luck, III, Esquire.

        Respectfully submitted,

        s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: tommie.hardwick@usdoj.gov
        ASB4152 W86T