AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Case 2:05-cr-00201-LSC-SRW    Document 67    Filed 07/07/2006    Page 1 of 1

Judgment--Page 2 of 5

Defendant: ANGELA DORIS WAUGH
Case Number: 2:05-CR-201-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY THREE (63) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program (500 hour program) and be housed as close as possible to his family in Autauga, County, AL. The drug treatment recommendation is to take first priority.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

JUL - 7 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on  6-29-06  to  FCI Tallahassee  at  Tallahassee, FL
_____, with a certified copy of this Judgment.

M.L. Rivera, Warden
~~United States Marshal~~

By  Kenneth D. _____ L.I.E.
    ~~Deputy Marshal~~